# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MARTIN PICHARDO,** | § § § | |
| **Plaintiff** | § § | |
| vs. | § § | Case No. 5:16-cv-1248-FB |
| **LUCKY COUSINS TRUCKING, INC.,** | § § § § | |
| **Defendant** | § | |

### Amended Certificate of Service

I certify that a true and correct copy of the Original Answer & Jury Demand filed on this date, was served via facsimile to Ali Hakeem, on this 23rd day of January, 2017, and not via CM/ECF, as stated on the original Certificate of Service:

Carlos Uresti
Uresti Law Firm PC
924 McCullough Ave
San Antonio, TX 78215

Ali Hakeem
21022 Gathering Oak
San Antonio, TX 78260

*/s/ Kevin Pennell*

2 | P a g e

Signed this 23rd day of January, 2017.

                                        */s/ Kevin Pennell*
                                        Kevin Pennell
TBN: 24046607
ZUKOWSKI, BRESENHAN & PIAZZA LLP
1177 West Loop South # 1100
Houston, TX 77027
(832) 204-1922 (direct dial)
(713) 963-9169 (fax)
kevin@zbplaw.com

## Certificate of Service

I certify that a true and correct copy of the foregoing Amended Certificate of Service was served as follows on this 23rd day of January, 2017:

| | |
|---|---|
| Carlos Uresti | *Via CM/ECF* |
| Uresti Law Firm PC | |
| 924 McCullough Ave | |
| San Antonio, TX 78215 | |
| | |
| Ali Hakeem | *Via Facsimile* |
| 21022 Gathering Oak | |
| San Antonio, TX 78260 | |

                                        */s/ Kevin Pennell*